IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| ) | Criminal No. 2:09-cr-683-BHH |
| v. ) | |
| ) | |
| Armando Ramirez, ) | **ORDER** |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the Court upon Defendant Armando Ramirez's ("Defendant") *pro se* motion for a reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2) based on Amendment 821 to the Sentencing Guidelines. (ECF No. 777.) After review, however, the Court finds that Amendment 821, Part B does not apply in this case, as Defendant possessed a firearm in connection with the offense and does not met the criteria set forth in U.S.S.G. § 4C1.1.

Based on the foregoing, the Court denies Defendant's *pro se* motion for a reduction of sentence (ECF No. 777).

**IT IS SO ORDERED.**

/s/Bruce H. Hendricks
United States District Judge

July 23, 2025
Charleston, South Carolina